| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Christopher Ridout SBN 143931<br>Zimmerman Reed LLP<br>2381 Rosecrans Ave 328<br>El Segundo, CA 90245<br>ATTORNEY FOR Plaintiff | (877) 500-8780 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Boulllon, Matthew v. Facebook, Inc. | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:18-CV-02565 |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>1493.001 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information; Consenting to the Jurisdiction of a Magistrate Judge; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Standing Order for United States Magistrate Judge Laurel Beeler; Standing Order re Contents of Joint Case Management Statement;**

On: **Facebook, Inc.**

I served the summons at:

**2710 Gateway Oaks Dr Ste 150N   Sacramento, CA 95833**

On: **5/4/2018**            Date: **03:11 PM**

In the above mentioned action by serving to and leaving with
**CSC Lawyers Registered Agent by leaving with Becky DeGeorge
Person Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

  a. Name: **Katrina Williams**
  b. Address: **1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **84.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Katrina Williams                                Date: 05/07/2018

JANNEY & JANNEY
LEGAL SUPPORT SERVICE

Declaration of Service                                Invoice #: 2005175