1  Orin Snyder (*pro hac vice*)
      osnyder@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel: 212.351.4000
4  Fax: 212.351.4035

5  Joshua S. Lipshutz (SBN: 242557)
      jlipshutz@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
7  Washington, D.C. 20036
   Tel: 202.955.8217
8  Fax: 202.530.9614

9  Kristin A. Linsley (SBN: 154148)
      klinsley@gibsondunn.com
10 Brian M. Lutz (SBN: 255976)
      blutz@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street
12 Suite 300
   San Francisco, CA 94105
13 Tel: 415.393.8379
   Fax: 415.374.8474
14

15 Attorneys for Defendant
   FACEBOOK, INC.
16

17                **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19

| MATTHEW BOUILLON, individually and on behalf of all others similarly situated, | CASE NO. 3:18-CV-02565-LB |
|---|---|
| Plaintiffs, | **SAN FRANCISCO DIVISION** |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))** |
| FACEBOOK, INC., a Delaware corporation, and DOES 1-10, inclusive, | Magistrate Judge Laurel Beeler |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. and Plaintiff Matthew Bouillon hereby stipulate to stay proceedings in this action until a decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, at which point the parties will meet and confer regarding deadlines to respond to plaintiffs' complaint.

**Local Rule 5-1(i)(3) Attestation**

I, Joshua S. Lipshutz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  May 16, 2018                                GIBSON, DUNN & CRUTCHER LLP

                                                    By:     /s/ *Joshua S. Lipshutz*
                                                                Joshua S. Lipshutz

                                                    *Attorneys for Defendant Facebook, Inc.*

DATED:  May 16, 2018                                ZIMMERMAN REED, LLP


                                                    By:     /s/ Christopher Ridout

                                                    *Attorneys for Plaintiff Matthew Bouillon*