Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
    klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOUILLON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:18-CV-02565-LB<br><br>SAN FRANCISCO DIVISION<br><br>[~~PROPOSED~~] ORDER<br><br>Magistrate Judge Laurel Beeler |

1  Pursuant to the parties' stipulation, proceedings in this action are hereby stayed until a
2  decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate
3  and Transfer filed in MDL No. 2843, at which point the parties will meet and confer regarding
4  deadlines to respond to plaintiffs' complaint.

6  **IT IS SO ORDERED**

8  DATED:   May 17  , 2018    _____
              United States ~~District~~ Judge/Magistrate Judge